UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HENRY,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC,

    Defendant.

Case No. 14-cv-04858-JST

**ORDER DENYING MOTION RELATE CASES**

Re: ECF No. 59

Before the Court is Plaintiff Michael Henry's Administrative Motion to Consider Whether Cases Should Be Related. ECF No. 59. Henry moves the Court to relate Utne v. Home Depot U.S.A., Inc., Case No. 16-cv-01854-RS, to this action. Henry argues that both cases involve Home Depot's alleged violations of Labor and Business and Professions Codes. Home Depot opposes the motion, arguing that the claims are based on different legal theories with different putative classes. ECF No. 60.

Having considered the parties papers and the arguments of counsel, the motion is denied. The actions do not concern substantially the same parties, property, transaction or event. Further, it is not likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. See Civil L.R. 3-12.

IT IS SO ORDERED.

Dated: April 25, 2016

_____
JON S. TIGAR
United States District Judge