UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-01854-RS<br><br>[~~PROPOSED~~ ORDER] TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:   July 21, 2016<br>Time:  10:00 A.M.<br>Ctrm:   3<br><br>Action Filed: March 8, 2016 |

~~[PROPOSED]~~ ORDER

The Court, having considered the Parties' Joint Stipulation to Continue Initial Case Management Conference, and for good cause shown, HEREBY ORDERS that:

The Initial Case Management Conference, currently set for July 21, 2016 at 10:00 a.m., is continued to August 18, 2016 at 10:00 a.m.

IT IS SO ORDERED.

This 6th day of May, 2016.

*/s/ Richard Seeborg*
The Honorable Richard Seeborg
U.S. District Court Judge
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE