DONNA M. MEZIAS (SBN 111902)
DOROTHY F. KASLOW (SBN 287112)
dmezias@akingump.com
dkaslow@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Facsimile: 415-765-9501

Attorneys for defendant HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:16-CV-01854-RS<br><br>[Assigned to Hon. Richard Seeborg]<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT AND RESETTING SUMMARY JUDGMENT AND CLASS CERTIFICATION DEADLINES**<br><br>Date Action Filed: March 8, 2016 |

# **STIPULATION**

Plaintiff John Utne and defendant Home Depot U.S.A., Inc. ("Home Depot"), through their respective counsel of record, stipulate as follows:

1. In its July 7, 2017 Order, DE 36, the Court set the following deadlines:

    a. August 21, 2017 – Deadline for plaintiff to file motion for class certification;

    b. October 5, 2017 – Deadline for Home Depot to file opposition to motion for class certification;

    c. November 3, 2017 – Deadline for plaintiff to file reply to Home Depot's opposition to plaintiff's class certification motion; and

    d. December 7, 2017 at 1:30 p.m. or as soon thereafter as the Court is available – Hearing on plaintiff's motion for class certification.

2. On August 9, 2017, Home Depot filed a Motion for Partial Summary Judgment on plaintiff's rounding claim and related derivative claims.

3. On August 16, 2017, plaintiff filed a Motion for Leave to File a Third Amended Complaint and Modification of Briefing Schedule.

4. On August 16, 2017 the court entered an Order vacating all existing motion deadlines and directing the parties to meet and confer regarding plaintiff's motion for leave to file a third amended complaint and the existing motion and briefing schedules.

5. The parties have met and conferred and agreed on the following:

    a. Home Depot stipulates to plaintiff's filing of the Third Amended Complaint attached as Exhibit 4 to H. Scott Leviant's declaration in support of plaintiff's motion for leave to amend, DE 50-1. The parties agree that the Third Amended Complaint will be deemed filed on August 29, 2017.

    b. Home Depot's Motion for Partial Summary Judgment, DE 39, is withdrawn without prejudice. Home Depot may re-file the motion, or file a new summary judgment motion, after the Third Amended

Complaint is filed. Home Depot expects to file such motion no later than October 31, 2017. The briefing schedule and hearing on Home Depot's summary judgment motion will be set in accordance with Northern District Local Rules 7-1 through 7-3 based on the date Home Depot's motion is filed.

    c.    Briefing deadlines for plaintiff's motion for class certification will be as follows:

- Plaintiff's class certification motion to be filed by November 14, 2017;
- Defendant's opposition to be filed January 9, 2018;
- Plaintiff's reply to be filed February 8, 2018;
- The hearing on the motion to be scheduled February 22, 2018, 1:30 p.m., or such other date that the Court is available.

Dated: August 28, 2017        AKIN GUMP STRAUSS HAUER & FELD

By:*/S/ Donna M. Mezias*
Donna M. Mezias
Attorneys for defendant Home Depot U.S.A., Inc.

Dated: August 28, 2017        SETAREH LAW GROUP

By:*/S/ H. Scott Leviant*
H. Scott Leviant
Attorneys for plaintiff John Utne

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1. The Court grants plaintiff leave to file the Third Amended Complaint attached as Exhibit 4 to H. Scott Leviant's declaration in support of plaintiff's motion for leave to amend, DE 50-1. The Third Amended Complaint will be deemed filed on August 29, 2017.

2. Home Depot's Motion for Partial Summary Judgment, DE 39, is withdrawn without prejudice. Home Depot may re-file the motion, or file an expanded summary judgment motion based on the claims in the Third Amended Complaint. The briefing schedule and hearing on Home Depot's summary judgment motion will be set in accordance with Northern District Local Rules 7-1 through 7-3.

3. The briefing deadlines for plaintiff's motion for class certification will be as follows:

   a. Plaintiff's class certification motion to be filed by November 14, 2017;

   b. Defendant's opposition to be filed January 9, 2018;

   c. Plaintiff's reply to be filed February 8, 2018;

   d. The hearing on the motion to be scheduled February 22, 2018, 1:30 p.m., or such other date that the Court is available.

IT IS SO ORDERED.

Dated: 8/28, 2017

_____
Honorable Richard Seeborg
United States District Judge