Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
Farrah Grant (SBN 293898)
  farrah@setarehlaw.com
SETAREH LAW GROUP
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff,
JOHN UTNE and CLASS MEMBERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public,<br><br>*Plaintiff,*<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>*Defendants.* | Case No. 3:16-cv-01854-RS<br><br>**JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO DECERTIFY**<br><br>Action Filed: March 8, 2016 |

# JOINT STIPULATION

This Joint Stipulation to set a briefing schedule and hearing date for Defendant's Motion to Decertify is made by and between Plaintiff John Utne ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), through their respective counsel of record, with reference to the following facts:

1. Defendant filed their Motion to Decertify ("Motion") on October 16, 2019. ECF No. 152. Responses to the Motion are due by October 30, 2019. Replies are due by November 6, 2019. The hearing date for the Motion is December 12, 2019.

2. In order to have sufficient time to draft an opposition, including taking the deposition of the expert witness whose declaration is submitted in support of the motion and due to other pre-existing deadlines and appearances in other matters, Plaintiff's counsel requested an extension of time to file an opposition to Defendant's Motion to Decertify.

3. To date, the following deadlines in this action have been modified: (1) Stipulation to Continue Initial Case Management Conference and Order granting same (Dkt Nos. 17 and 18); Stipulation to Continue Class Certification Briefing and Hearing and Order granting same (Dkt Nos. 35 ad 36); Stipulation to Continue Briefing and Hearing and Order granting same (Dkt Nos. 110 and 111); Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion for Partial Summary Judgment and Order granting same (Dkt Nos. 122 and 124); Stipulation to Extend Plaintiff's Deadline to Oppose Motion for Partial Summary Judgment and Order Granting Same (Dkt 130); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Deadline, Pretrial Conference and Trial Date (Dkt 144); and Stipulation to Extend Expert Deadlines, Decertification Motion Deadline, Pretrial Conference and Trial Date. (Dkt 151).

4. The Parties propose the following schedule for Defendant's Decertification Motion Briefing and the hearing date:

| EVENT | PROPOSED DATE |
|---|---|
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | December 2, 2019 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | January 9, 2020 |
| Hearing Date for Defendant's Decertification Motion Deadline | January 23, 2020 at 1:30 p.m. or as soon thereafter as the |

-1-

**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE**

|  | Court is available |
|---|---|

IT IS SO STIPULATED.


Dated: October 23, 2019         SETAREH LAW GROUP


                                By:   */s/ Shaun Setareh*
                                      Shaun Setareh
                                      Attorneys for Plaintiff,
                                      John Utne

Dated: October 23, 2019         AKIN GUMP STRAUSS HAUER & FELD LLP


                                By:   */s/ Liz Bertko*
                                      Liz Bertko
                                      Attorneys for Defendant,
                                      Home Depot U.S.A., Inc.


Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following deadlines and hearing date are entered:

| EVENT | DATE |
| --- | --- |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | December 2, 2019 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | January 9, 2020 |
| Hearing Date for Defendant's Decertification Motion Deadline | January 23, 2020 at 1:30 p.m. or as soon thereafter as the Court is available |

Dated: 10/25/19

Honorable Richard Seeborg
United States District Judge