| | |
|---|---|
| Shaun Setareh (SBN 204514)<br>    shaun@setarehlaw.com<br>Thomas Segal (SBN 222791)<br>    thomas@setarehlaw.com<br>William M. Pao (SBN 219846)<br>    william@setarehlaw.com<br>**SETAREH LAW GROUP**<br>315 South Beverly Drive, Suite 315<br>Beverly Hills, California 90212<br>Telephone: (310) 888-7771<br>Facsimile: (310) 888-0109<br><br>Attorneys for Plaintiff,<br>JOHN UTNE and CLASS MEMBERS | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public,<br><br>    *Plaintiff,*<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>    *Defendants.* | Case No.3:16-cv-01854-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE** AS MODIFIED BY THE COURT<br><br>Action Filed: March 8, 2016 |

## JOINT STIPULATION

This Joint Stipulation to extend expert deadlines, Defendant's decertification motion briefing deadlines, pretrial conference and trial date is made by and between Plaintiff John Utne ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), through their respective counsel of record, with reference to the following facts:

1. Both parties have designated experts for trial. Plaintiff designated three experts, and Defendant designated one expert.

2. Defendant has produced a voluminous quantity of material in support of Defendant's expert Robert Crandall's report, including 30 hard drives containing video footage of Home Depot stores, and 15,000 pages of documents. Defendant relies on Defendant's expert Robert Crandall's report in support of their motion to decertify.

3. Plaintiff's experts need time to review and analyze this voluminous material.

4. Plaintiff's expert Dr. Jon Krosnick has produced a several hundred page report and voluminous production of documents and data that Defendant's expert needs time to review and analyze.

5. Accordingly, the parties believe the current expert discovery schedule is not feasible. The parties and their experts need additional time to review and analyze the material produced in connection with the experts, and for expert depositions, than is permitted under the current deadlines. In addition, because the expert discovery relates to defendant's pending motion for decertification, and such discovery and the decertification motion will impact the parties' preparation for the pretrial conference and trial, the parties believe it is necessary to continue the current expert discovery, all pretrial deadlines, and the trial date by 60 days.

6. Thus, the parties agree to extend the deadlines and dates in this case by approximately 60 days and respectfully request that the Court adopt the below proposed revised case schedule.

| EVENT | PROPOSED DATE |
|---|---|
| Rebuttal and Supplemental Expert Designation Deadline | January 31, 2019 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | January 31, 2019 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | March 6, 2020 |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE**

| | |
|---|---|
| Last day for hearing pretrial motions | February 20, 2020 |
| Completion of Expert Discovery | March 13, 2020 |
| Hearing Date for Defendant's Decertification Motion Deadline | April 2, 2020 at 1:30 p.m. or as soon thereafter as the Court is available |
| Pretrial Conference | June 24, 2020 |
| Trial Date | August 3, 2020 |

7. To date, the following deadlines in this action have been modified: Stipulation to Continue Initial Case Management Conference and Order granting same (Dkt Nos. 17 and 18); Stipulation to Continue Class Certification Briefing and Hearing and Order granting same (Dkt Nos. 35 ad 36); Stipulation to Continue Briefing and Hearing and Order granting same (Dkt Nos. 110 and 111); Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion for Partial Summary Judgment and Order granting same (Dkt Nos. 122 and 124); Stipulation to Extend Plaintiff's Deadline to Oppose Motion for Partial Summary Judgment and Order Granting Same (Dkt 130); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Deadline, Pretrial Conference and Trial Date (Dkt 144); Stipulation to Extend Expert Deadlines, Decertification Motion Deadline, Pretrial Conference and Trial Date. (Dkt 151) and Stipulation to Set Briefing Schedule and Hearing Date for Defendant's Motion to Decertify (Dkt 155).

IT IS SO STIPULATED.

Dated: November 11, 2019      SETAREH LAW GROUP

By: ___*/s/ Shaun Setareh*___
   Shaun Setareh
   Attorneys for Plaintiff,
   John Utne

-2-

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE**

| | | |
|---|---|---|
| 1 | Dated: November 11, 2019 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 | | |
| 3 | | By: */s/ Liz Bertko* |
| | | Liz Bertko |
| 4 | | Attorneys for Defendant, |
| | | Home Depot U.S.A., Inc. |
| 5 | | |

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

-3-

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE**

## ~~[PROPOSED]~~ ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following deadlines and hearing date are entered:

| EVENT | ~~PROPOSED~~ DATE |
|---|---:|
| Rebuttal and Supplemental Expert Designation Deadline | January 31, ~~2019~~ 2020 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | January 31, ~~2019~~ 2020 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | March 6, 2020 |
| Last day for hearing pretrial motions | February 20, 2020 |
| Completion of Expert Discovery | March 13, 2020 |
| Hearing Date for Defendant's Decertification Motion Deadline | April 2, 2020 at 1:30 p.m. or as soon thereafter as the Court is available |
| Pretrial Conference | June 24, 2020 |
| Trial Date | August 3, 2020 |

Dated: 11/14/19

_/s/ Richard Seeborg_

Honorable Richard Seeborg
United States District Judge

-4-

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE**