Shaun Setareh (SBN 204514)
    shaun@setarehlaw.com
Thomas Segal (SBN 222791)
    thomas@setarehlaw.com
William M. Pao (SBN 219846)
    william@setarehlaw.com
SETAREH LAW GROUP
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff
John Utne and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public,<br><br>*Plaintiff,*<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>*Defendants.* | Case No.3:16-cv-01854-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE**<br> AS MODIFIED BY THE COURT<br><br>Action Filed: March 8, 2016 |

**JOINT STIPULATION**

This Joint Stipulation to extend expert deadlines, Defendant's decertification motion briefing deadlines, pretrial deadlines and trial date is made by and between plaintiff John Utne and defendant Home Depot U.S.A., Inc., through their respective counsel of record:

1. Pursuant to the Court's Case Management Order (DE 116), as amended (DE 158), Plaintiff has designated three experts for trial, and defendant has designated one expert.

2. Defendant has produced a voluminous quantity of material related to the expert report of Robert Crandall, including 30 hard drives of video footage and 15,000 pages of documents. After meeting and conferring, defendant has agreed to produce additional material to plaintiff in connection with Mr. Crandall's report to expedite completion of expert discovery.

3. Plaintiff's expert, Dr. Jon Krosnick, has produced a 597-page report and a voluminous documents and data that defendant's expert needs time to review and analyze. In addition, on January 14, 2020 (DE 172), the Court overruled plaintiff's objections to the Magistrate Judge's December 27, 2019 Order Regarding Expert Discovery Dispute (DE 165) and compelled Dr. Krosnick to produce documents and information related to individual respondents. Plaintiff also has agreed to produce additional material to defendant after meeting and conferring in connection with the reports of its other experts.

4. Given the volume of discovery and supplemental productions by the experts for both sides, both plaintiff and defendant and their experts need additional time to review and analyze these materials prior to conducting expert depositions and the presentation of rebuttal experts. The parties believe the current expert discovery schedule is not feasible in light of these developments, including the Court's recent orders on discovery and the parties' good faith efforts to resolve other matters related to expert discovery.

5. In addition, because much of the expert discovery relates to defendant's pending motion for decertification, and such discovery and the decertification motion will impact the parties' preparation for the pretrial conference and trial, the parties believe it is necessary to continue the briefing schedule and hearing date for the pending decertification motion, all pretrial deadlines and the trial date.

6. Based on the foregoing, the parties agree to extend all deadlines and dates in this case by approximately 30 days. The parties respectfully request that the Court adopt the below proposed revised

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE**

case schedule.

| EVENT | PROPOSED DATE |
|---|---|
| Rebuttal and Supplemental Expert Designation Deadline | March 2, 2020 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | March 2, 2020 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | April 6, 2020 |
| Last Day for Hearing Pretrial Motions | April 2, 2020 |
| Completion of Expert Discovery | April 13, 2020 |
| Hearing Date for Defendant's Decertification Motion | May 7, 2020, 1:30 p.m. |
| Pretrial Conference | July 22, 2020, 10:00 a.m. |
| Trial Date | September 21, 2020 |

7. The parties request however that as to the trial that the trial be dark on Jewish holidays that may overlap with it, which some members of Plaintiff's trial team observe, and that jurors may also observe. Those dates include September 18 through 20 (Rosh Hashanah), September 28 (Yom Kippur), and October 3, 4, 10 and 11 (Sukkot).

8. To date, the following deadlines in this action have been modified: Stipulation to Continue Initial Case Management Conference and Order granting same (Dkt Nos. 17 and 18); Stipulation to Continue Class Certification Briefing and Hearing and Order granting same (Dkt Nos. 35 ad 36); Stipulation to Continue Briefing and Hearing and Order granting same (Dkt Nos. 110 and 111); Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion for Partial Summary Judgment and Order granting same (Dkt Nos. 122 and 124); Stipulation to Extend Plaintiff's Deadline to Oppose Motion for Partial Summary Judgment and Order Granting Same (Dkt 130); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Deadline, Pretrial Conference and Trial Date (Dkt 144); Stipulation to Extend Expert Deadlines, Decertification Motion Deadline, Pretrial Conference and Trial Date (Dkt 151) and Stipulation to Set Briefing Schedule and Hearing Date for Defendant's Motion to Decertify (Dkt 155); and Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, Pretrial Conference, and Trial Date (DE 158).

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE**

1     IT IS SO STIPULATED.

2 Dated: January 29, 2020           SETAREH LAW GROUP

                                   By:    */s/ Shaun Setareh*
                                              Shaun Setareh
                                              Attorneys for Plaintiff John Utne and the Class

Dated: January 29, 2020           AKIN GUMP STRAUSS HAUER & FELD LLP

                                   By:   */s/ Donna M. Mezias*
                                             Donna M. Mezias
                                             Attorneys for Defendant Home Depot U.S.A., Inc.

      Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

-3-

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE**

[~~PROPOSED~~] ORDER   AS MODIFIED BY THE COURT

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following deadlines and hearing date are entered:

| EVENT | PROPOSED DATE |
|---|---:|
| Rebuttal and Supplemental Expert Designation Deadline | March 2, 2020 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | March 2, 2020 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | April 6, 2020 |
| Last Day for Hearing Pretrial Motions | April 2, 2020 |
| Completion of Expert Discovery | April 13, 2020 |
| Hearing Date for Defendant's Decertification Motion | May 7, 2020, 1:30 p.m. |
| Pretrial Conference | September 23, ~~July 22~~, 2020, 10:00 a.m. |
| Trial Date | October 13, ~~September 21~~, 2020 |

Dated: 1/30/2020

_____
Honorable Richard Seeborg
United States District Judge

-4-

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATE**