Shaun Setareh (SBN 204514)
    shaun@setarehlaw.com
Thomas Segal (SBN 222791)
    thomas@setarehlaw.com
William M. Pao (SBN 219846)
    william@setarehlaw.com
SETAREH LAW GROUP
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff,
JOHN UTNE and CLASS MEMBERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public,<br><br>*Plaintiff,*<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>*Defendants.* | Case No. 3:16-cv-01854-RS<br><br>**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES AND HEARING ON MOTION TO DECERTIFY**<br>AS MODIFIED BY THE COURT<br><br>Action Filed: March 8, 2016 |

## JOINT STIPULATION

This Joint Stipulation to extend expert deadlines, Defendant's decertification motion briefing deadlines, hearing on motion to decertify and pretrial conference is made by and between Plaintiff John Utne ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), through their respective counsel of record, with reference to the following facts:

1. Both parties have designated experts for trial.
2. The parties have met and conferred regarding scheduling issues and need to make some changes to the deadlines set in the Court's order of January 30, 2020 (ECF No. 181). The proposed changes to the deadlines are intended to make expert discovery more efficient and ensure parties have full access to expert discovery before briefing Defendant's Decertification Motion.
3. The requested edits to the deadlines will not require a continuance of the trial date of October 13, 2020.
4. The parties have stipulated to allow ten (10) extra pages per side on the decertification briefing for the purposes of discussing any objections to the expert reports.
5. Accordingly, the parties respectfully request that the Court adopt the below proposed revised case deadlines and enter an order permitting the parties ten (10) extra pages per side for the opposition to and reply in support of Defendant's decertification motion.

| Event | Current date | Proposed Date |
|---|---|---|
| Rebuttal and Supplemental Expert Designation Deadline | March 2, 2020 | March 16, 2020 |
| Parties complete the depositions of the designated experts | N/A | March 31, 2020 |
| Completion of Expert Discovery | April 13, 2020 | April 13, 2020 |
| Plaintiff's Opposition to Decertification Motion Deadline | March 2, 2020 | April 14, 2020 |
| Defendant's Reply ISO Decertification Motion Deadline | April 6, 2020 | May 12, 2020 |
| Last day for hearing pretrial motions | April 2, 2020 | May 26, 2020 at 1:30 p.m. or earliest date available to the Court and agreed to by both sides |
| Hearing Date for Decertification Motion | May 7, 2020, 1:30 p.m. | May 26, 2020 at 1:30 p.m. or earliest date |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES AND HEARING ON MOTION TO DECERTIFY**

| | | |
|---|---|---|
| | | available to the Court and agreed to by both sides |
| Hearing on Objections to experts for purposes of Decertification Motion | N/A | May 26, 2020 at 1:30 p.m. or earliest date available to the Court and agreed to by both sides |
| Hearing on any pre-trial motions | N/A | May 26, 2020 at 1:30 p.m. or earliest date available to the Court and agreed to by both sides |

6. To date, the following deadlines in this action have been modified: Stipulation to Continue Initial Case Management Conference and Order granting same (Dkt Nos. 17 and 18); Stipulation to Continue Class Certification Briefing and Hearing and Order granting same (Dkt Nos. 35 ad 36); Stipulation to Continue Briefing and Hearing and Order granting same (Dkt Nos. 110 and 111); Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion for Partial Summary Judgment and Order granting same (Dkt Nos. 122 and 124); Stipulation to Extend Plaintiff's Deadline to Oppose Motion for Partial Summary Judgment and Order Granting Same (Dkt 130); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Deadline, Pretrial Conference and Trial Date (Dkt 144); Stipulation to Extend Expert Deadlines, Decertification Motion Deadline, Pretrial Conference and Trial Date (Dkt 151); Stipulation to Set Briefing Schedule and Hearing Date for Defendant's Motion to Decertify (Dkt 155); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, Pretrial Conference, and Trial Date (Dkt. 158); and Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, Pretrial Conference, and Trial Date (Dkt. 181).

IT IS SO STIPULATED.

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES AND HEARING ON MOTION TO DECERTIFY**

| | | |
|---|---|---|
| Dated: February 26, 2020 | | SETAREH LAW GROUP |
| | By: | /s/ Shaun Setareh |
| | | Shaun Setareh |
| | | Attorneys for Plaintiff, |
| | | John Utne |

| | | |
|---|---|---|
| Dated: February 26, 2020 | | Quinn Emanuel Urquhart & Sullivan, LLP |
| | By: | /s/ Shon Morgan |
| | | Shon Morgan |
| | | Attorneys for Defendant, |
| | | Home Depot U.S.A., Inc. |

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

-3-

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES, DEFENDANT'S DECERTIFICATION MOTION BRIEFING DEADLINES AND HEARING ON MOTION TO DECERTIFY

# ORDER [AS MODIFIED BY THE COURT]

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following deadlines and hearing date are entered:

| EVENT | DATE |
|---|---|
| Rebuttal and Supplemental Expert Designation Deadline | March 16, 2020 |
| Parties complete the depositions of the designated experts | March 31, 2020 |
| Completion of Expert Discovery | April 13, 2020 |
| Plaintiff's Opposition to Decertification Motion Deadline | April 14, 2020 |
| Defendant's Reply ISO Decertification Motion Deadline | May 12, 2020 |
| Last day for hearing pretrial motions | May 28, 2020 at 1:30 p.m. |
| Hearing Date for Decertification Motion | May 28, 2020 at 1:30 p.m. |
| Hearing on Objections to experts for purposes of motion to decertify | May 28, 2020 at 1:30 p.m. |
| Hearing on any pre-trial motions | May 28, 2020 at 1:30 p.m. |

The Court further orders that the parties' page limitations for briefing on Defendant's Motion to Decertify shall be increased by five (5) pages per side. Accordingly, Plaintiff shall have thirty (30) pages for its brief in opposition to Defendant's Motion to Decertify and Defendant shall have twenty (20) pages for its reply brief in support of its Motion to Decertify.

Dated: February 27, 2020

_____
Honorable Richard Seeborg
United States District Judge