QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  (shonmorgan@quinnemanuel.com)
  Duane Lyons (Bar No, 125091)
  (duanelyons@quinnemanuel.com)
  Joseph C. Sarles (Bar No. 254750)
  (josephsarles@quinnemanuel.com)
  John W. Baumann (Bar No. 288881
  (jackbaumann@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Defendant Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public;<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. 3:16-cv-01854-RS<br><br>**JOINT STIPULATION AND ORDER RE PRE-TRIAL SCHEDULE AND TRIAL DATE AS MODIFIED BY THE COURT**<br><br>Action Filed: March 8, 2016 |

# JOINT STIPULATION

This Joint Stipulation to extend expert deadlines, defendant's decertification motion briefing deadlines, pretrial conference and trial date is made by and between plaintiff John Utne and defendant Home Depot U.S.A., Inc., through their respective counsel of record:

1. On February 26, 2020, the parties stipulated to a schedule to ensure sufficient access to expert discovery before briefing defendant's decertification motion. ECF No. 187. The Court entered an Order amending the schedule on February 27, 2020. ECF No. 188.

2. The parties have been working diligently to prepare rebuttal reports and to complete expert discovery. However, in light of the coronavirus pandemic and restrictions on travel and in-person, group meetings, the parties have conferred and agreed adjustments to the schedule are warranted, particularly because many experts must travel by air for depositions and the age of certain experts and counsel increases susceptibility to the virus.

3. Because much of the expert discovery relates to defendant's pending motion for decertification, the parties also believe it is appropriate to continue the briefing schedule and hearing date for that motion. Further, defendant's decertification motion might impact the parties' preparation for the pretrial conference and trial, thus the parties believe it is necessary to continue those dates.

4. The parties respectfully request the Court adopt the following proposed revised case schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Rebuttal and Supplemental Expert Designation Deadline | March 16, 2020 | April 30, 2020 |
| Deadline for Depositions of the Parties' Currently-Designated Experts | March 31, 2020 | June 1, 2020 |
| Completion of Expert Discovery | April 13, 2020 | June 15, 2020 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | April 14, 2020 | June 30, 2020 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | May 12, 2020 | July 30, 2020 |

| | | |
|---|---|---|
| Last Day for Hearing Pretrial Motions | May 28, 2020 at 1:30 p.m. | August 13, 2020 (or the earliest date thereafter available to the Court and agreed upon by both sides) |
| Hearing Date for Defendant's Decertification Motion | May 28, 2020 at 1:30 p.m. | August 13, 2020 (or the earliest date thereafter available to the Court and agreed upon by both sides) |
| Pretrial Conference | September 23, 2020, 10:00 a.m. | November 18, 2020, 10:30 a.m. |
| Trial Date | October 13, 2020 | December 8, 2020 |

5. To date, the following deadlines in this action have been modified: Stipulation to Continue Initial Case Management Conference and Order granting same (ECF Nos. 17 and 18); Stipulation to Continue Class Certification Briefing and Hearing and Order granting same (ECF Nos. 35 ad 36); Stipulation to Continue Briefing and Hearing and Order granting same (ECF Nos. 110 and 111); Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion for Partial Summary Judgment and Order granting same (ECF Nos. 122 and 124); Stipulation to Extend Plaintiff's Deadline to Oppose Motion for Partial Summary Judgment and Order Granting Same (ECF No. 130); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Deadline, Pretrial Conference and Trial Date (ECF No. 144); Stipulation to Extend Expert Deadlines, Decertification Motion Deadline, Pretrial Conference and Trial Date (ECF No. 151); Stipulation to Set Briefing Schedule and Hearing Date for Defendant's Motion to Decertify (ECF No. 155); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, Pretrial Conference and Trial Date (ECF No. 180); and Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, and Hearing on Motion to Decertify (ECF No. 187).

IT IS SO STIPULATED.

DATED: March 16, 2020      QUINN EMANUEL URQUHART &
                           SULLIVAN, LLP


                           By /s/ Shon Morgan
                              Shon Morgan
                              Attorneys for Defendant Home Depot U.S.A., Inc.

DATED: March 16, 2020      SETAREH LAW GROUP


                           By /s/ Shaun Setareh
                              Shaun Setareh
                              Attorneys for Plaintiff John Utne and the Class

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

## ORDER [AS MODIFIED BY THE COURT]

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following deadlines and hearing date are entered:

| Event | Date |
|---|---|
| Rebuttal and Supplemental Expert Designation Deadline | April 30, 2020 |
| Deadline for Depositions of the Parties' Currently-Designated Experts | June 1, 2020 |
| Completion of Expert Discovery | June 15, 2020 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | June 30, 2020 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | July 30, 2020 |
| Last Day for Hearing Pretrial Motions | August 13, 2020 |
| Hearing Date for Defendant's Decertification Motion | August 13, 2020 |
| Pretrial Conference | November 18, 2020, 10:00 a.m. |
| Trial Date | December 7, 2020 |

Dated: __3/17/2020__

Honorable Richard Seeborg
United States District Judge