QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  (shonmorgan@quinnemanuel.com)
  Duane Lyons (Bar No, 125091)
  (duanelyons@quinnemanuel.com)
  Joseph C. Sarles (Bar No. 254750)
  (josephsarles@quinnemanuel.com)
  John W. Baumann (Bar No. 288881)
  (jackbaumann@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public;<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. 3:16-cv-01854-RS<br><br>**JOINT STIPULATION AND ORDER RE PRE-TRIAL SCHEDULE AND TRIAL DATE**<br><br>Action Filed: March 8, 2016 |

**JOINT STIPULATION**

This Joint Stipulation to extend expert deadlines, defendant's decertification motion briefing deadlines, pretrial conference and trial date is made by and between plaintiff John Utne and defendant Home Depot U.S.A., Inc., through their respective counsel of record:

1. On March 16, 2020, the parties stipulated to a schedule to ensure sufficient access to expert discovery before briefing defendant's decertification motion. ECF No. 189. The Court entered an Order amending the schedule on March 17, 2020. ECF No. 190.

2. The parties have exchanged rebuttal reports in accordance with the current schedule and have been working diligently to complete expert discovery. However, in light of the coronavirus pandemic and continued restrictions on travel and in-person, group meetings, the parties have conferred and agreed adjustments to the schedule are warranted, particularly because many experts must travel by air for depositions and the age of certain experts and counsel increases susceptibility to the virus.

3. Because much of the expert discovery relates to defendant's pending motion for decertification, the parties also believe it is appropriate to continue the briefing schedule and hearing date for that motion. Further, defendant's decertification motion might impact the parties' preparation for the pretrial conference and trial, thus the parties believe it is necessary to continue those dates.

4. Additionally, pursuant to the Court's May 18, 2020 General Order, the parties are engaging in additional meet and confers to discuss the possibility of settlement and believe they would benefit from being able to focus efforts on settlement over the next 30 days.

5. Accordingly, the parties respectfully request the Court adopt the following proposed revised case schedule:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Rebuttal and Supplemental Expert Designation Deadline | April 30, 2020 | Completed |
| Deadline for Depositions of the Parties' Currently-Designated Experts | June 1, 2020 | August 14, 2020 |

| | | |
|---|---|---|
| Completion of Expert Discovery | June 15, 2020 | August 14, 2020 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | June 30, 2020 | September 1, 2020 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | July 30, 2020 | October 1, 2020 |
| Last Day for Hearing Pretrial Motions | August 13, 2020 | October 15, 2020 (or the earliest date thereafter available to the Court and agreed upon by both sides) |
| Hearing Date for Defendant's Decertification Motion | August 13, 2020 | October 15, 2020 (or the earliest date thereafter available to the Court and agreed upon by both sides) |
| Pretrial Conference | November 18, 2020, 10:30 a.m. | January 6, 2021, 10:30 a.m. |
| Trial Date | December 7, 2020 | January 25, 2021 |

6. To date, the following deadlines in this action have been modified: Stipulation to Continue Initial Case Management Conference and Order granting same (ECF Nos. 17 and 18); Stipulation to Continue Class Certification Briefing and Hearing and Order granting same (ECF Nos. 35 ad 36); Stipulation to Continue Briefing and Hearing and Order granting same (ECF Nos. 110 and 111); Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion for Partial Summary Judgment and Order granting same (ECF Nos. 122 and 124); Stipulation to Extend Plaintiff's Deadline to Oppose Motion for Partial Summary Judgment and Order Granting Same (ECF No. 130); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Deadline, Pretrial Conference and Trial Date (ECF No. 144); Stipulation to Extend Expert Deadlines, Decertification Motion Deadline, Pretrial Conference and Trial Date (ECF No. 151); Stipulation to Set Briefing Schedule and Hearing Date for Defendant's Motion to Decertify (ECF

No. 155); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, Pretrial Conference and Trial Date (ECF No. 180); and Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, and Hearing on Motion to Decertify (ECF No. 187); and Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 189).

IT IS SO STIPULATED.

DATED: May 20, 2020            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Shon Morgan
Shon Morgan
Attorneys for Defendant Home Depot U.S.A., Inc.

DATED: May 20, 2020            SETAREH LAW GROUP

By /s/ Shaun Setareh
Shaun Setareh
Attorneys for Plaintiff John Utne and the Class

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following deadlines and hearing date are entered:

| Event | Date |
|---|---|
| Rebuttal and Supplemental Expert Designation Deadline | Completed |
| Deadline for Depositions of the Parties' Currently-Designated Experts | August 14, 2020 |
| Completion of Expert Discovery | August 14, 2020 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | September 1, 2020 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | October 1, 2020 |
| Last Day for Hearing Pretrial Motions | October 15, 2020 (or the earliest date thereafter available to the Court and agreed upon by both sides) |
| Hearing Date for Defendant's Decertification Motion | October 15, 2020 (or the earliest date thereafter available to the Court and agreed upon by both sides) |
| Pretrial Conference | January 6, 2021, 10:00 a.m. |
| Trial Date | January 25, 2021 |

Dated: __May 26, 2020__

_____
Honorable Richard Seeborg
United States District Judge