UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public;<br><br>　　Plaintiff,<br><br>　　vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>　　Defendants. | CASE No. 3:16-cv-01854-RS<br><br>**JOINT STIPULATION AND ORDER RE PRE-TRIAL SCHEDULE AND TRIAL DATE**<br><br>Action Filed: March 8, 2016 |

**JOINT STIPULATION**

This Joint Stipulation to extend expert deadlines, defendant's decertification motion briefing deadlines, pretrial conference and trial date is made by and between plaintiff John Utne and defendant Home Depot U.S.A., Inc., through their respective counsel of record:

1. On September 21, 2020, the parties stipulated to a schedule to ensure sufficient access to expert discovery before briefing defendant's decertification motion. The Court entered an Order amending the schedule on September 23, 2020. ECF No. 207.

2. The parties have been working diligently to complete expert discovery.

3. Plaintiff has continued concerns regarding the completeness of Home Depot's document productions and questions regarding the same. Home Depot disputes the purported issues plaintiff has raised with respect to the productions. In light of these developments, the parties have conferred and agreed it would assist the Court and the parties to allow the parties and their experts additional time to work through these issues. The Parties have also agreed to continue to meet and confer to address these issues, involving the experts if and as necessary.

4. Because much of the expert discovery relates to defendant's pending motion for decertification, the parties also believe it is appropriate to continue the briefing schedule and hearing date for that motion. Further, defendant's decertification motion might impact the parties' preparation for the pretrial conference and trial, thus the parties believe it is necessary to continue those dates.

5. Accordingly, the parties respectfully request the Court adopt the following proposed revised case schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Rebuttal Expert Designation Deadline | Completed | Completed |
| Deadline for Supplemental Expert Reports of Dr. Jon A. Krosnick and Mr. Robert Crandall | November 30, 2020 | February 1, 2021 |
| Deadline for Depositions of the Parties' Currently-Designated Experts | December 31, 2020 | March 1, 2021 |
| Completion of Expert Discovery | December 31, 2020 | March 1, 2021 |

| | | |
|---|---|---|
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | February 1, 2021 | April 5, 2021 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | February 22, 2021 | April 26, 2021 |
| Last Day for Hearing Pretrial Motions | March 4, 2021 (or the earliest date thereafter available to the Court and agreed upon by both sides) | May 6, 2021 (or the earliest date thereafter available to the Court and agreed upon by both sides) |
| Hearing Date for Defendant's Decertification Motion | March 4, 2021 (or the earliest date thereafter available to the Court and agreed upon by both sides) | May 6, 2021 (or the earliest date thereafter available to the Court and agreed upon by both sides) |
| Pretrial Conference | May 5, 2021, at 10:30 a.m. | August 4, 2021 at 10:30 a.m. |
| Trial Date | May 24, 2021 | August 23, 2021 |

6. To date, the following deadlines in this action have been modified: Stipulation to Continue Initial Case Management Conference and Order granting same (ECF Nos. 17 and 18); Stipulation to Continue Class Certification Briefing and Hearing and Order granting same (ECF Nos. 35 ad 36); Stipulation to Continue Briefing and Hearing and Order granting same (ECF Nos. 110 and 111); Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion for Partial Summary Judgment and Order granting same (ECF Nos. 122 and 124); Stipulation to Extend Plaintiff's Deadline to Oppose Motion for Partial Summary Judgment and Order Granting Same (ECF No. 130); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Deadline, Pretrial Conference and Trial Date (ECF No. 144); Stipulation to Extend Expert Deadlines, Decertification Motion Deadline, Pretrial Conference and Trial Date (ECF No. 151); Stipulation to Set Briefing Schedule and Hearing Date for Defendant's Motion to Decertify (ECF No. 155); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing

1  Deadlines, Pretrial Conference and Trial Date (ECF No. 180); and Stipulation to Extend Expert
2  Deadlines, Defendant's Decertification Motion Briefing Deadlines, and Hearing on Motion to
3  Decertify (ECF No. 187); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No.
4  189); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 193); Stipulation and
5  Order re: Pre-Trial Schedule and Trial Date (ECF No. 205); Stipulation and Order re: Pre-Trial
6  Schedule and Trial Date (ECF No. 207).

7      IT IS SO STIPULATED.

8  DATED: November 17, 2020    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Shon Morgan*
    Shon Morgan
    Attorneys for Defendant Home Depot U.S.A., Inc.

DATED: November 17, 2020    MARLIN & SALTZMAN
    SETAREH LAW GROUP

By */s/ Stan Saltzman*
    Stan Saltzman
    Attorneys for Plaintiff John Utne and the Class

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following deadlines and hearing date are entered:

| Event | Date |
|---|---|
| Rebuttal Expert Designation Deadline | Completed |
| Deadline for Supplemental Expert Reports of Dr. Jon A. Krosnick and Mr. Robert Crandall | February 1, 2021 |
| Deadline for Depositions of the Parties' Currently-Designated Experts | March 1, 2021 |
| Completion of Expert Discovery | March 1, 2021 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | April 5, 2021 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | April 26, 2021 |
| Last Day for Hearing Pretrial Motions | May 6, 2021 |
| Hearing Date for Defendant's Decertification Motion | May 6, 2021 |
| Pretrial Conference | August 11, 2021 at 10:00 a.m. |
| Trial Date | August 23, 2021 |

Dated: November 18, 2020      _____
                              Honorable Richard Seeborg
                              United States District Judge