1  **SETAREH LAW GROUP**                     **MARLIN & SALTZMAN**
   Shaun Setareh, Esq. (SBN 204514)          Stanley D. Saltzman, Esq. (SBN 90058)
2  Thomas Segal, Esq. (SBN 222791)           Karen I. Gold, Esq. (SBN 258360)
   315 South Beverly Drive, Suite 315        29800 Agoura Road, Suite 210
3  Beverly Hills, California 90212           Agoura Hills, California 91301
   Telephone: (310)888-7771                  Telephone: (818) 991-8080
4  Facsimile: (310)888-0109                  Facsimile: (818) 991-8081
   fhomas@setarehlaw.com                     ssaltzman@marlinsaltzman.com
5  shaun@setarehlaw.com                      kgold@marlinsaltzman.com

6  *Attorneys for Plaintiffs, individually and on*
   *behalf of all others similarly situated and*
7  *aggrieved*

8

   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
9  Shon Morgan (Bar No. 187736)
   shonmorgan@quinnemanuel.com
10 John W. Baumann (Bar No. 288881)
   jackbaumann@quinnemanuel.com
11 865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13
   *Attorneys for Defendant Home Depot U.S.A., Inc.*
14

15
                    UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17

18 | JOHN UTNE, on behalf of himself, all others | CASE No. 3:16-cv-01854-RS |
   | similarly situated, and the general public; | |

19 | Plaintiff, | **JOINT STIPULATION AND ORDER RE** |
20 | | **DISCOVERY, PRE-TRIAL SCHEDULE** |
   | vs. | **AND TRIAL DATE AS MODIFIED BY** |
21 | | **THE COURT** |

22 | HOME DEPOT U.S.A., INC., a Delaware | |
   | Corporation; and DOES 1-50, inclusive, | |
23 | | Action Filed: March 8, 2016 |
   | Defendants. | |
24

25

26

27

28

**JOINT STIPULATION**

This Joint Stipulation is made by and between plaintiff John Utne and defendant Home Depot U.S.A., Inc., through their respective counsel of record:

1.      On January 19, 2021, the parties stipulated to a schedule to ensure sufficient access to expert discovery before briefing defendant's decertification motion. The Court entered an Order amending the schedule on January 21, 2021. [ECF No. 213].

2.      Plaintiff has continued concerns regarding the completeness of Home Depot's document production and questions regarding the same. Home Depot disputes the purported issues with the productions.

3.      On February 5, 2021, Plaintiff's counsel sent Home Depot's counsel his portion of a Joint Letter Regarding Discovery Dispute ("Discovery Letter") pursuant to this Court's Order Referring Discovery Disputes.  In the Discovery Letter, Plaintiff requested various forms of issue and monetary sanctions to address the perceived problems with Home Depot's document production.  Home Depot disputes the purported issues raised in the Discovery Letter.

4.      On February 9, 2021, Home Depot's counsel requested a telephonic meet-and-confer with lead trial counsel to discuss the issues raised in the Discovery Letter.

5.      On February 10, 2021, counsel (including lead trial counsel) met-and-conferred telephonically to discuss the issues raised in the Discovery Letter.  During the meet-and-confer call, Home Depot's counsel agreed—as a compromise and to avoid a dispute—to, *inter alia*: (1) look into whether Home Depot could reproduce its time and pay records in a different format; (2) waive the discovery cut-off deadline for purposes of producing Rule 30(b)(6) witness(es) knowledgeable about various aspects of the time and pay records produced by Home Depot (to the extent plaintiff determines, after the review of a sample of reproduced time and pay records, that his questions would not be addressed through the reproduction of time and pay records in the format plaintiff requested, should Home Depot be able to reproduce those records); and (3) stipulate to continue all pending deadlines to give the parties time to resolve these issues.

6.      Accordingly, the parties respectfully request the Court adopt the following proposed revised case schedule:

| Event | Current Date | Date |
|---|---|---|
| Rebuttal Expert Designation Deadline | Completed | Completed |
| Deadline for Supplemental Expert Reports of Dr. Jon A. Krosnick and Mr. Robert Crandall | February 22, 2021 | May 21, 2021 |
| Deadline for Depositions of the Parties' Currently-Designated Experts | March 15, 2021 | June 18, 2021 |
| Completion of Expert Discovery | March 15, 2021 | June 18, 2021 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | April 5, 2021 | July 16, 2021 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | April 26, 2021 | August 6, 2021 |
| Last Day for Hearing Pretrial Motions | May 6, 2021 | August 19, 2021 |
| Hearing Date for Defendant's Decertification Motion | May 6, 2021 | August 19, 2021 |
| Pretrial Conference | August 11, 2021 at 10:00 a.m. | November 3, 2021 at 10:00 a.m. |
| Trial Date | August 23, 2021 | November 15, 2021 |

7.     To date, the following deadlines in this action have been modified: Stipulation to Continue Initial Case Management Conference and Order granting same (ECF Nos. 17 and 18); Stipulation to Continue Class Certification Briefing and Hearing and Order granting same (ECF Nos. 35 ad 36); Stipulation to Continue Briefing and Hearing and Order granting same (ECF Nos. 110 and 111); Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion for Partial Summary Judgment and Order granting same (ECF Nos. 122 and 124); Stipulation to Extend Plaintiff's Deadline to Oppose Motion for Partial Summary Judgment and Order Granting Same (ECF No. 130); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Deadline, Pretrial Conference and Trial Date (ECF No. 144); Stipulation to Extend Expert Deadlines, Decertification Motion Deadline, Pretrial Conference and Trial Date (ECF No. 151); Stipulation to Set Briefing Schedule and Hearing Date for Defendant's Motion to Decertify (ECF No. 155); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, Pretrial Conference and Trial Date (ECF No. 180); and Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, and Hearing on Motion to

1  Decertify (ECF No. 187); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No.

2  189); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 193); Stipulation and

3  Order re: Pre-Trial Schedule and Trial Date (ECF No. 205); Stipulation and Order re: Pre-Trial

4  Schedule and Trial Date (ECF No. 207); Stipulation and Order re: Pre-Trial Schedule and Trial

5  Date (ECF No. 209); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 213).

6

7          IT IS SO STIPULATED.

8

9  DATED: February 22, 2021          QUINN EMANUEL URQUHART &

10                                    SULLIVAN, LLP

11

12                                    By /s/ Jack Baumann

13                                       Shon Morgan
                                         Jack Baumann
                                         Attorneys for Defendant Home Depot U.S.A., Inc.

14

15

16  DATED: February 22, 2021          MARLIN & SALTZMAN
                                      SETAREH LAW GROUP
17

18

19                                    By /s/ Karen I. Gold

20                                       Stan Saltzman
                                         Karen I. Gold
                                         Attorneys for Plaintiff John Utne and the Class
21

22  Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this

23  document has been obtained from each of the above signatories.

24

25

26

27

28

-4-                                    Case No.  3:16-cv-01854-RS

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following deadlines and hearing dates are entered:

| Event | Date |
|---|---|
| Rebuttal Expert Designation Deadline | Completed |
| Deadline for Supplemental Expert Reports of Dr. Jon A. Krosnick and Mr. Robert Crandall | May 21, 2021 |
| Deadline for Depositions of the Parties' Currently-Designated Experts | June 18, 2021 |
| Completion of Expert Discovery | June 18, 2021 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | July 16, 2021 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | August 6, 2021 |
| Last Day for Hearing Pretrial Motions | August 19, 2021 |
| Hearing Date for Defendant's Decertification Motion | August 19, 2021 |
| Pretrial Conference | November 3, 2021 at 10:00 a.m. |
| Trial Date | November 15, 2021 |

Dated:  February 22, 2021

Honorable Richard Seeborg
Chief United States District Judge