| | |
|---|---|
| **SETAREH LAW GROUP** | **MARLIN & SALTZMAN** |
| Shaun Setareh, Esq. (SBN 204514) | Stanley D. Saltzman, Esq. (SBN 90058) |
| Thomas Segal, Esq. (SBN 222791) | Karen I. Gold, Esq. (SBN 258360) |
| 315 South Beverly Drive, Suite 315 | 29800 Agoura Road, Suite 210 |
| Beverly Hills, California 90212 | Agoura Hills, California 91301 |
| Telephone: (310)888-7771 | Telephone: (818) 991-8080 |
| Facsimile: (310)888-0109 | Facsimile: (818) 991-8081 |
| fthomas@setarehlaw.com | ssaltzman@marlinsaltzman.com |
| shaun@setarehlaw.com | kgold@marlinsaltzman.com |

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated and aggrieved*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Home Depot U.S.A., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public;<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. 3:16-cv-01854-RS<br><br>**JOINT STIPULATION AND ORDER RE DISCOVERY, PRE-TRIAL SCHEDULE AND TRIAL DATE AS MODIFIED BY THE COURT**<br><br>Action Filed: March 8, 2016 |

## JOINT STIPULATION

This Joint Stipulation is made by and between plaintiff John Utne and defendant Home Depot U.S.A., Inc., through their respective counsel of record:

1. On February 22, 2021, the parties stipulated to a schedule to ensure sufficient access to expert discovery before briefing defendant's decertification motion. The Court entered an Order amending the schedule on that same day. [ECF No. 215].

2. Plaintiff has continued concerns regarding the completeness of Home Depot's document production and questions regarding the same. Home Depot disputes the purported issues with the productions.

3. On February 5, 2021, Plaintiff's counsel sent Home Depot's counsel his portion of a Joint Letter Regarding Discovery Dispute ("Discovery Letter") pursuant to this Court's Order Referring Discovery Disputes. In the Discovery Letter, Plaintiff requested various forms of issue and monetary sanctions to address the perceived problems with Home Depot's document production. Home Depot disputes the purported issues raised in the Discovery Letter.

4. On February 9, 2021, Home Depot's counsel requested a telephonic meet-and-confer with lead trial counsel to discuss the issues raised in the Discovery Letter.

5. On February 10, 2021, counsel (including lead trial counsel) met-and-conferred telephonically to discuss the issues raised in the Discovery Letter. During the meet-and-confer call, Home Depot's counsel agreed—as a compromise and to avoid a dispute—to, *inter alia*: (1) look into whether Home Depot could reproduce its time and pay records in a different format; (2) waive the discovery cut-off deadline for purposes of producing Rule 30(b)(6) witness(es) knowledgeable about various aspects of the time and pay records produced by Home Depot (to the extent plaintiff determines, after the review of a sample of reproduced time and pay records, that his questions would not be addressed through the reproduction of time and pay records in the format plaintiff requested, should Home Depot be able to reproduce those records); and (3) stipulate to continue all pending deadlines to give the parties time to resolve these issues.

6. The parties continued to meet-and-confer over the issue, and on May 7, 2021, Home Depot's counsel informed Plaintiffs' counsel that Home Depot could produce the time

records in a format substantially similar to the format Plaintiffs requested, but that doing so would take approximately 400 man hours. The parties continued to meet-and-confer extensively over the next two months in an effort to ensure that any new productions or re-productions of the records would resolve the pending issues. These meet-and-confer efforts took considerable time as they required repeated back-and-forth between counsel, the parties, and the experts.

7. On July 30, 2021, the parties finally reached an agreement regarding the production/re-production of the time records, pay records and class list. Plaintiff agrees that if Home Depot's new productions or re-productions of the records complies with the agreements reached between the parties as memorialized in the emails sent between them throughout the meet-and-confer process, it will resolve the pending issues pertaining to the form of the time records, pay records, and class list.

8. In light of the parties' prior discussions and agreements, plaintiffs are not presently aware of any material information they believe would be omitted from the contemplated production, but reserve the right seek court intervention in the event of a potential unforeseen issue with the completeness of the production.

9. Home Depot will begin compiling the necessary records for production, which Home Depot estimates will take approximately 400 man hours.

10. Accordingly, the parties respectfully request the Court adopt the following proposed revised case schedule:

| Event | Current Date | Date |
|---|---|---|
| Rebuttal Expert Designation Deadline | Completed | Completed |
| Deadline for Home Depot to file Supplemental Submission in Support of its Motion to Decertify, Addressing the Recent Decisions In *Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC*, 993 F.3d 774 (9th Cir. 2021) and *TransUnion* | n/a | August 27, 2021 (subject to the Court granting leave to supplement) |

| | | |
|---|---|---|
| *LLC v. Ramirez*, No. 20-297, 2021 WL 2599472, at *1 (U.S. June 25, 2021)[1] | | |
| Deadline for Home Depot to submit any supplemental time records | n/a | October 15, 2021 |
| Deadline for Supplemental Expert Reports | May 21, 2021 | December 17, 2021 |
| Deadline for Depositions of the Parties' Currently-Designated Experts | June 18, 2021 | January 21, 2022 |
| Completion of Expert Discovery | June 18, 2021 | January 21, 2022 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | July 16, 2021 | February 18, 2022 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | August 6, 2021 | March 11, 2022 |
| Last Day for Hearing Pretrial Motions | August 20, 2021 | March 24, 2022 |
| Hearing Date for Defendant's Decertification Motion | August 20, 2021 | March 24, 2022 |
| Pretrial Conference | November 3, 2021 at 10:00 a.m. | May 25, 2022 |
| Trial Date | November 15, 2021 | June 6, 2022 |

11. To date, the following deadlines in this action have been modified: Stipulation to Continue Initial Case Management Conference and Order granting same (ECF Nos. 17 and 18); Stipulation to Continue Class Certification Briefing and Hearing and Order granting same (ECF Nos. 35 ad 36); Stipulation to Continue Briefing and Hearing and Order granting same (ECF Nos. 110 and 111); Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion for Partial Summary Judgment and Order granting same (ECF Nos. 122 and 124); Stipulation to Extend Plaintiff's Deadline to Oppose Motion for Partial Summary Judgment and Order Granting Same (ECF No. 130); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Deadline, Pretrial Conference and Trial Date (ECF No. 144); Stipulation to Extend Expert Deadlines, Decertification Motion Deadline, Pretrial Conference and Trial Date (ECF No. 151); Stipulation to Set Briefing Schedule and Hearing Date for Defendant's Motion to Decertify (ECF

---

[1] The parties have agreed to this short supplemental submission in exchange for a reciprocal extension of the page limitation for plaintiff's opposition brief (approximately five pages). Home Depot will be filing a separate administrative motion seeking leave to submit this supplement, but the parties desired to include a deadline for this submission (in the event leave is granted) to ensure a complete scheduling order covering all relevant dates is in place.

No. 155); Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, Pretrial Conference and Trial Date (ECF No. 180); and Stipulation to Extend Expert Deadlines, Defendant's Decertification Motion Briefing Deadlines, and Hearing on Motion to Decertify (ECF No. 187); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 189); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 193); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 205); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 207); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 209); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 213); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 215); Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 216); and Stipulation and Order re: Pre-Trial Schedule and Trial Date (ECF No. 218).

IT IS SO STIPULATED.

DATED: July 30, 2021                QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By */s/ John Baumann*
                                        Shon Morgan
                                        John Baumann
                                        Attorneys for Defendant Home Depot U.S.A., Inc.


DATED: July 30, 2021                MARLIN & SALTZMAN
                                    SETAREH LAW GROUP


                                    By */s/ Karen I. Gold (with permission)*
                                        Stan Saltzman
                                        Karen I. Gold
                                        Attorneys for Plaintiff John Utne and the Class

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following deadlines and hearing dates are entered:

| Event | New Date |
|---|---|
| Rebuttal Expert Designation Deadline | Completed |
| Deadline for Home Depot to file Supplemental Submission in Support of its Motion to Decertify, Addressing the Recent Decisions In *Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC*, 993 F.3d 774 (9th Cir. 2021) and *TransUnion LLC v. Ramirez*, No. 20-297, 2021 WL 2599472, at *1 (U.S. June 25, 2021) | August 27, 2021 (subject to the Court granting leave to supplement) |
| Deadline for Home Depot to submit any supplemental time records | October 15, 2021 |
| Deadline for Supplemental Expert Reports | December 17, 2021 |
| Deadline for Depositions of the Parties' Currently-Designated Experts | January 21, 2022 |
| Completion of Expert Discovery | January 21, 2022 |
| Plaintiff's Opposition to Defendant's Decertification Motion Deadline | February 18, 2022 |
| Defendant's Reply ISO Defendant's Decertification Motion Deadline | March 11, 2022 |
| Last Day for Hearing Pretrial Motions | March 24, 2022 |
| Hearing Date for Defendant's Decertification Motion | March 24, 2022 |
| Pretrial Conference | May 25, 2022 |
| Trial Date | June 6, 2022 |

Dated: 8/3/2021

_____
Honorable Richard Seeborg
United States District Judge