**SETAREH LAW GROUP**
Shaun Setareh, Esq. (SBN 204514)
Thomas Segal, Esq. (SBN 222791)
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
thomas@setarehlaw.com
shaun@setarehlaw.com

**MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. (SBN 90058)
Karen I. Gold, Esq. (SBN 258360)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
kgold@marlinsaltzman.com

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated and aggrieved*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Home Depot U.S.A., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public;<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. 3:16-cv-01854-RS<br><br>**JOINT STIPULATION AND ORDER TO SET A BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR APPOINTMENT OF ALFRED PINTO AS CLASS REPRESENTATIVE**<br><br>Action Filed: March 8, 2016 |

# JOINT STIPULATION

This Joint Stipulation is made by and between plaintiff John Utne ("**Plaintiff**") and defendant Home Depot U.S.A., Inc. ("**Home Depot**"), through their respective counsel of record:

WHEREAS, on July 26, 2022, the Court granted Plaintiff's motion to amend the complaint and ordered Plaintiff to move for appointment of Alfred Pinto as an additional class representative (Dkt. No. 308);

WHEREAS, on August 2, 2022, Plaintiff filed a motion for appointment of Alfred Pinto as class representative;

WHEREAS, Plaintiff noticed the hearing date on his motion for September 15, 2022 and any opposition or other response to Plaintiff's motion is currently due August 16, 2022;

WHEREAS, Home Depot requested a deposition date for Mr. Pinto in advance of Home Depot's response deadline;

WHEREAS, Mr. Pinto is not available to sit for deposition until August 30, 2022;

WHEREAS, in light of Mr. Pinto's unavailability prior to Home Depot's response deadline, the parties have conferred and agreed to the following revised briefing schedule for Plaintiff's motion:

| | |
|---|---|
| Deadline for Home Depot's Response: | September 12, 2022 |
| Deadline for Plaintiff's Reply | September 19, 2022 |
| Hearing on Plaintiff's Motion | October 6, 2022 at 1:30 p.m. |

IT IS SO STIPULATED.

1  DATED: August 15, 2022                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
2

3
                                         By */s/ Shon Morgan*
4                                           Shon Morgan
                                            John Baumann
5                                           Attorneys for Defendant Home Depot U.S.A., Inc.

6

7  DATED: August 15, 2022                MARLIN & SALTZMAN
                                         SETAREH LAW GROUP
8

9
                                         By */s/ Karen I. Gold (with permission)*
10                                          Stan Saltzman
                                            Karen I. Gold
11                                          Attorneys for Plaintiff John Utne and the Class

12

13
   Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this
14
   document has been obtained from each of the above signatories.
15

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' stipulation is approved. The briefing schedule for Plaintiff's Motion For Appointment Of Alfred Pinto As Class Representative is reset as follows:

| | |
|---|---|
| Deadline for Home Depot's Response: | September 12, 2022 |
| Deadline for Plaintiff's Reply | September 19, 2022 |
| Hearing on Plaintiff's Motion | October 6, 2022 at 1:30 p.m. |

Dated: August 17, 2022

_____
United States District Judge