**SETAREH LAW GROUP**
Shaun Setareh, Esq. (SBN 204514)
Thomas Segal, Esq. (SBN 222791)
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
thomas@setarehlaw.com
shaun@setarehlaw.com

**MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. (SBN 90058)
Karen I. Gold, Esq. (SBN 258360)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
kgold@marlinsaltzman.com

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated and aggrieved*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Home Depot U.S.A., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE, on behalf of himself, all others similarly situated, and the general public;<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. 3:16-cv-01854-RS<br><br>**STIPULATION AND ORDER CONTINUING THE TRIAL DATE**<br><br>Action Filed: March 8, 2016 |

# JOINT STIPULATION

This Joint Stipulation is made by and between plaintiff John Utne ("**Plaintiff**") and defendant Home Depot U.S.A., Inc. ("**Home Depot**"), through their respective counsel of record:

WHEREAS, the pretrial conference is currently scheduled for February 1, 2023;

WHEREAS, trial is currently scheduled to commence on February 13, 2023;

WHEREAS, the parties recently agreed to a full-day mediation with Hunter Hughes, Esq., which is scheduled to occur on November 29, 2022;

WHEREAS, the parties agree that they should focus their time and attention on attempting to settle this case, without simultaneously expending resources preparing for trial; and

WHEREAS, the parties therefore respectfully request that the trial be rescheduled to commence on April 17, 2023.

IT IS SO STIPULATED.

DATED: September 29, 2022   MARLIN & SALTZMAN
SETAREH LAW GROUP

By */s/ Karen I. Gold*
Stan Saltzman
Karen I. Gold
Attorneys for Plaintiff John Utne and the Class

DATED: September 29, 2022   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Shon Morgan*
Shon Morgan
John Baumann
Attorneys for Defendant Home Depot U.S.A., Inc.

1 | Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this
2 | document has been obtained from each of the above signatories.

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' stipulation is approved.  The trial in this matter is continued to April 17, 2023 at 9:00 am. The pretrial conference is continued to April 5, 2023 at 10:00 am.

Dated: October 3, 2022

_____
United States District Judge