**SETAREH LAW GROUP**
Shaun Setareh, Esq. (SBN 204514)
Thomas Segal, Esq. (SBN 222791)
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
thomas@setarehlaw.com
shaun@setarehlaw.com

**MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. (SBN 90058)
Karen I. Gold, Esq. (SBN 258360)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
kgold@marlinsaltzman.com

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated and aggrieved*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Home Depot U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UTNE and ALFRED PINTO, on behalf of themselves, all others similarly situated, and the general public;<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. 3:16-cv-01854-RS<br><br>**STIPULATION AND ORDER VACATING TRIAL DATE AND SETTING PRELIMINARY APPROVAL HEARING**<br><br>Action Filed: March 8, 2016 |

**JOINT STIPULATION**

This Joint Stipulation is made by and between plaintiffs John Utne and Alfred Pinto ("**Plaintiffs**") and defendant Home Depot U.S.A., Inc. ("**Home Depot**"), through their respective counsel of record:

WHEREAS, the pretrial conference is currently scheduled for April 5, 2023;

WHEREAS, trial is currently scheduled to commence on April 17, 2023;

WHEREAS, the parties participated in a full-day mediation with Hunter Hughes, Esq. on November 29, 2022;

WHEREAS, the case did not settle on November 29, 2022;

WHEREAS, the parties continue to participate in settlement negotiations with assistance of Mr. Hughes over the next several months;

WHEREAS, on January 26, 2023, Mr. Hughes made a mediator's proposal that gave the parties until February 10, 2023, to respond;

WHEREAS, by February 9, 2023, both parties had accepted the mediator's proposal;

WHEREAS, the parties are currently working on a comprehensive Settlement Agreement; and

WHEREAS, in light of the pending settlement, the parties respectfully request this Court: (1) vacate all pre-trial and trial dates and deadlines, including the pretrial conference and trial hearing dates, (2) set a deadline for Plaintiffs' counsel to file preliminary approval papers that is 28 days prior to the preliminary approval hearing date, and (3) set a hearing date for the preliminary approval motion in May of 2023.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 13, 2023 | MARLIN & SALTZMAN<br>SETAREH LAW GROUP |
| 3 | | |
| 4 | | By */s/ Karen I. Gold* |
| 5 | | Stan Saltzman<br>Karen I. Gold |
| 6 | | |
| 7 | | Attorneys for Plaintiffs John Utne, Alfred Pinto and the Certified Class |
| 8 | DATED: February 13, 2023 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 9 | | |
| 10 | | |
| 11 | | By */s/ Shon Morgan* |
| 12 | | Shon Morgan<br>John Baumann |
| 13 | | Attorneys for Defendant Home Depot U.S.A., Inc. |

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' stipulation is approved. All pre-trial and trial dates and deadlines, including the pretrial conference and trial hearing dates are hereby vacated. Plaintiffs' counsel shall file preliminary approval papers on or before   April 27, 2023   [28 days prior to preliminary approval hearing date]. Hearing on Plaintiffs' preliminary approval motion is hereby scheduled for May  25 , 2023 at  1:30   [a̶.̶m̶./p.m.].

Dated:  February 15, 2023                          _____

United States District Judge